# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1080
Lower Tribunal No. F03-24991A
_____

**Simon R. Pearsall,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Simon R. Pearsall, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.